IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| **NATIONWIDE JUDGMENT RECOVERY**, assignee of Matthew E. Orso, Trustee<br><br>Plaintiffs,<br><br>v.<br><br>**TODD DISNEY, et al.**<br><br>Defendant. | Civil Action Number: | 1:21-rj-00023<br>1:21-rf-00024<br>1:21-rj-00025<br>1:21-rj-00026<br>1:21-rj-00027<br>1:21-rj-00028<br>1:21-rj-00029<br>1:21-rj-00030<br>1:21-rj-00031<br>1:21-rj-00032<br>1:21-rj-00033<br>1:21-rj-00034<br>1:21-rj-00035<br>1:21-rj-00036<br>1:21-rj-00037<br>1:21-rj-00038<br>1:21-rj-00039<br>1:21-rj-00040<br>1:21-rj-00041<br>1:21-rj-00042<br>1:21-rj-00043 |

## NOTICE OF APPEARANCE

**NOW COMES** Robert C. Newark, III, and hereby enters his appearance as counsel for Plaintiff, NATIONWIDE JUDGMENT RECOVERY, assignee of Matthew E. Orso, Trustee in the above captioned case.

Respectfully submitted this 21st day of October, 2021.

Respectfully submitted,

/s/ *Robert C. Newark*

**Robert C. Newark, III**
2500 S. BROADWAY, STE 128
EDMOND, OK  73013
office@newarkfirm.com
(866)230-7236
(888)316-3398 (FAX)
**ATTORNEY FOR PLAINTIFF**