UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

(C.R.C.P. No. 26: Rev 10/12)

Case Number: __1:21-rj-00031__

# WRIT OF CONTINUING GARNISHMENT

Nationwide Judgment Recovery, Inc.

Plaintiff(s)
vs.

Jennifer Hosier

Defendant(s)

Judgment Debtor's name, last known address, other identifying information: Jennifer Hosier, 895 Nile Ct Golden, CO 80401

1. Original Amount of Judgment Entered __8/14/2017__ (Date)   $9,857.86   DATE SUIT WAS COMMENCED:
   a. Effective Garnishment Period   (Mark Appropriate Box)
      G 90 Days (Judgment entered prior to August 8, 2001)   G Prior to May 1, 1991
      G 180 days (Judgment entered on or after August 8, 2001)   X On or After May 1, 1991
2. Plus any Interest Due on Judgment (1.22% per annum)   $549.60
3. Taxable Costs (including estimated cost of service of this Writ)   $
4. Less any Amount Paid   $
5. Principal Balance/Total Amount Due and Owing   $10,407.46

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of March 9, 2022 (Date)

Subscribed under oath before me on March 9, 2022   Sincerely,

__Kelly Raper__   /s/Robert C. Newark, III
Notary Public or Deputy Clerk   Robert C. Newark, III
   2575 Kelley Pointe Parkway, Ste 100
KELLY RAPER   Edmond, OK 73013
Notary Public State of Oklahoma   (866)230-7236 – Phone
Commission # 15001263   (888)316-3398 – Fax
My Commission Expires 02-09-2023   office@newarkfirm.com – Email
   Attorney for Judgment Creditor
My Commission Expires: 02-09-2023

## WRIT OF CONTINUING GARNISHMENT

To the United States Marshal or to the Sheriff of any Colorado county, or to any person over the age of eighteen (18) years who is not a party to this action:

You are directed to serve TWO (2) COPIES of this Writ of Continuing Garnishment upon Children's Hospital Colorado Anschutz Medical Campus, Aurora, 13123 E 16th Ave Aurora, CO 80045, Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:

YOU ARE SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a. To answer the following questions under oath and file your answers with the Clerk of the Court and mail a completed copy with your answers to the Judgment Creditor or attorney no less than five (5) nor more than ten (10) days following the time you pay the Judgment Debtor for the first time following service of this Writ, or forty (40) days following service of this Writ upon you, whichever is less. **YOUR FAILURE TO ANSWER THIS WRIT OF CONTINUING GARNISHMENT MAY RESULT IN THE ENTRY OF A DEFAULT AGAINST YOU.**
b. To pay any nonexempt earnings to the party designated in "e" below no less than five (5) nor more than ten (10) days following each time you pay the Judgment Debtor during the effective Garnishment Period of this Writ and attach a copy of the Calculation of the Amount of Exempt Earnings used (the Calculation under "Questions to be Answered by Garnishee" should be used for the first pay period, and one of the multiple Calculation forms included with this Writ should be used for all subsequent pay periods).
c. To deliver a copy of this Writ, together with the Calculation of the Amount of Exempt Earnings and a blank Objection to Calculation of the Amount of Exempt Earnings form, the first time you pay the Judgment Debtor.
d. To deliver to the Judgment Debtor a copy of each subsequent Calculation of the Amount of Exempt Earnings each time you pay the Judgment Debtor for earnings subject to this Writ.
e. **MAKE CHECKS PAYABLE TO:** G Clerk of the _____ Court X Judgment Creditor named above **AND MAIL TO:** G Clerk of the Court G Judgment Creditor X Judgment Creditor's Attorney – at the address listed above
   **(Name and Address):** _____
   **PLEASE PUT THE CASE NUMBER (shown above) ON THE FRONT OF THE CHECK.**
   CLERK OF THE COURT:   Jeffrey P. Colwell   By: _____
      901 19th Street, Room A-105   Deputy Clerk
      Denver, Colorado 80294-3589   Date: _____

## NOTICE TO GARNISHEE

a. This Writ applies to all nonexempt earnings owed or owing during the Effective Garnishment Period shown on Line 1a on the front of this Writ or until you have paid to the party, designated in paragraph "e" on the front of this Writ, the amount shown on Line 5 on the front of this Writ, whichever occurs first. However, if you have already been served with a Writ of Continuing Garnishment for Child Support, this new Writ is effective for the Effective Garnishment Period after any prior Writ terminates.
b. "EARNINGS" INCLUDES ALL FORMS OF COMPENSATION for personal services. Also read "Notice to Judgment Debtor" below.
c. In no case may you withhold any amount greater than the amount on Line 5 on the front of this Writ.

## QUESTIONS TO BE ANSWERED BY GARNISHEE

The following questions MUST be answered by you under oath:
a. On the date and time this Writ of Continuing Garnishment was served upon you, did you owe or do you anticipate owing any of the following to the Judgment debtor within the Effective Garnishment Period shown on Line 1a on the front of this Writ? (Mark appropriate box(es)):
   1. G WAGES/SALARY/COMMISSIONS/BONUS/OTHER COMPENSATION FOR PERSONAL SERVICES (Earnings)
   2. G Health, Accident or Disability Insurance Funds or Payments
   3. G Pension or Retirement Benefits (for suites commenced prior to 5/1/91 ONLY - check front of Writ for date)
   If you marked any box above, indicate how the Judgment debtor is paid: G weekly G bi-weekly G semi-monthly G monthly G other
   The Judgment Debtor will be paid on the following dates during the Effective Garnishment Period shown on Line 1a (front of this Writ):
   _____
b. Are you under one or more of the following writs of garnishment? (Mark appropriate box(es)):
   4. G Writ of Continuing Garnishment (Expected Termination Date: _____)
   5. G Writ of Garnishment for Support (Expected Termination Date: _____)
c. If you marked Box 1 and you did NOT mark either Box 4 or 5, complete the Calculation below for the "First Pay Period" following receipt of this Writ. If you marked either Box 4 or 5, you must complete Calculations beginning with the first pay period following termination of the prior writ(s).
d. If you marked Box 2 or 3 and you did NOT mark either Box 4 or 5, complete the Calculation below for the "First Pay Period" following receipt of this Writ. If you marked either box 4 or 5, you must complete Calculations beginning with the first pay period following termination of the prior writ(s). However, there are a number of total exemptions, and you should seek legal advice about such exemptions. IF THE EARNINGS ARE TOTALLY EXEMPT, PLEASE MARK BOX 6 BELOW:
   G THE EARNINGS ARE TOTALLY EXEMPT BECAUSE: _____

## CALCULATION OF THE AMOUNT OF EXEMPT EARNINGS (First Pay Period)

Gross Earnings for the First Pay Period from _____ thru _____    $ _____

Less Deductions Required by Law (For Example, Withholding Taxes, FICA)    - $ _____

Disposable Earnings (Gross Earnings less Deductions)    = $ _____

Less Statutory Exemption (Use Exemption Chart Below)    - $ _____

Net Amount Subject to Garnishment    = $ _____

Less Wage/Income Assignment(s) During Pay Period (If Any)    - $ _____

AMOUNT TO BE WITHHELD AND PAID    = $ _____

| EXEMPTION CHART | PAY PERIOD | AMOUNT EXEMPT IS GREATER OF | |
|---|---|---|---|
| | Weekly | 30 x Federal Minimum Hourly Wage ($154.50) or 75% of Disposable Earnings | Amounts is parentheses based upon Federal Minimum Hourly Wage of $5.15. |
| | Bi-weekly | 60 x Federal Minimum Hourly Wage ($309.00) or 75% of Disposable Earnings | |
| | Semi-monthly | 65 x Federal Minimum Hourly Wage ($334.75) or 75% of Disposable Earnings | |
| | Monthly | 130 x Federal Minimum Hourly Wage ($669.50) or 75% of Disposable Earnings | |

I affirm that I am authorized to act for the Garnishee, the above answers are true and correct, and I have delivered a copy of this Writ, together with the Calculation of the Amount of Exempt Earnings and a blank Objection to Calculation of the Amount of Exempt Earnings form to the Judgment Debtor at the time earnings were paid for the "First Pay Period" (if earnings were paid).

Subscribed under oath before me on _____

Name of Garnishee (Print) _____

Notary Public or Deputy Clerk

Address: _____

My Commission Expires: _____

Name of Person Answering (Print) _____

Signature of Person Answering (Print) _____

## NOTICE TO JUDGMENT DEBTOR

a. The Garnishee may only withhold nonexempt earnings from the amount due you, but in no event more than the amount on Line 5 on the front of this Writ, UNLESS YOUR EARNINGS ARE TOTALLY EXEMPT, in which case NO EARNINGS CAN BE WITHHELD. You may wish to contact a lawyer who can explain your rights.
b. If you disagree with the amount withheld, you must talk with the Garnishee within five (5) days after being paid.
c. If you cannot settle the disagreement with the Garnishee, you may complete and file the attached Objection with the Clerk of the Court issuing this Writ within ten (10) days after being paid. YOU MUST USE THE FORM ATTACHED or a copy of it.
d. You are entitled to a court hearing on your written objection.
e. Your employer cannot fire you because your earnings have been garnished. If your employer discharges you in violation of your legal rights, you may, within ninety (90) days, bring a civil action for the recovery of wages lost because you were fired and for an order requiring that you be reinstated. Damages will not exceed six (6) weeks' wages and attorney fees.

## RETURN OF SERVICE

STATE OF COLORADO

_____ County of _____

I, _____, affirm that I served two (2) copies of the Writ of Continuing Garnishment, together with a blank Objection to Calculation of the Amount of Exempt Earnings on (date) _____,

at (time) _____, by _____.

Subscribed under oath before me on _____

_____
Notary Public

My Commission Expires: _____

_____
Signature of Person Who Served Document

Service Fee  $ _____