# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

rcvd 7/25/22

Case Number: 1:21-rj-00031

## WRIT OF CONTINUING GARNISHMENT

Nationwide Judgment Recovery, Inc.

127117

Plaintiff(s)
vs.

Jennifer Hosier

Defendant(s)

Judgment Debtor's name, last known address, other identifying information:   Jennifer Hosier, 895 Nile Ct Golden, CO 80401

1. Original Amount of Judgment Entered __8/14/2017__    $9,857.86       DATE SUIT WAS
   (Date)                                                                COMMENCED:
   a. Effective Garnishment Period                                       (Mark Appropriate Box)
      G  90 Days (Judgment entered prior to August 8, 2001)              G Prior to May 1, 1991
      G  180 days (Judgment entered on or after August 8, 2001)          X On or After May 1, 1991
2. Plus any Interest Due on Judgment (1.22% per annum)   $549.60
3. Taxable Costs (including estimated cost of service of this Writ)  $_____
4. Less any Amount Paid                                  $_____
5. Principal Balance/Total Amount Due and Owing          $10,407.46

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of   March 9, 2022
                                                                                                       (Date)

Subscribed under oath before me on  March 9, 2022   Sincerely,
                                                    /s/Robert C. Newark, III
Kelly Raper                                         Robert C. Newark, III
Notary Public or Deputy Clerk                       2575 Kelley Pointe Parkway, Ste 100
                                                    Edmond, OK  73013
KELLY RAPER                                         (866)230-7236 – Phone
Notary Public  State of Oklahoma                    (888)316-3398 – Fax
Commission # 18001263                               office@newarkfirm.com – Email
My Commission Expires 02-09-2023                    Attorney for Judgment Creditor

My Commission Expires: _____

## WRIT OF CONTINUING GARNISHMENT

To the United States Marshal or to the Sheriff of any Colorado county, or to any person over the age of eighteen (18) years who is not a party to this action:
You are directed to serve TWO (2) COPIES of this Writ of Continuing Garnishment upon Children's Hospital Colorado Anschutz Medical Campus, Aurora, 13123 E 16th Ave Aurora, CO 80045, Garnishee, with proper return of service to be made to the Court.
TO THE GARNISHEE:
YOU ARE SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:
a. To answer the following questions under oath and file your answers with the Clerk of the Court and mail a completed copy with your answers to the Judgment Creditor or attorney no less than five (5) nor more than ten (10) days following the time you pay the Judgment Debtor for the first time following service of this Writ, or forty (40) days following service of this Writ upon you, whichever is less.  **YOUR FAILURE TO ANSWER THIS WRIT OF CONTINUING GARNISHMENT MAY RESULT IN THE ENTRY OF A DEFAULT AGAINST YOU.**
b. To pay any nonexempt earnings to the party designated in "e" below no less than five (5) nor more than ten (10) days following each time you pay the Judgment Debtor during the effective Garnishment Period of this Writ and attach a copy of the Calculation of the Amount of Exempt Earnings used (the Calculation under "Questions to be Answered by Garnishee" should be used for the first pay period, and one of the multiple Calculation forms included with this Writ should be used for all subsequent pay periods).
c. To deliver a copy of this Writ, together with the Calculation of the Amount of Exempt Earnings and a blank Objection to Calculation of the Amount of Exempt Earnings form, the first time you pay the Judgment Debtor.
d. To deliver to the Judgment Debtor a copy of each subsequent Calculation of the Amount of Exempt Earnings each time you pay the Judgment Debtor for earnings subject to this Writ.
e. MAKE CHECKS PAYABLE TO: G Clerk of the _____ Court X Judgment Creditor named above AND MAIL TO: G Clerk of the Court G Judgment Creditor X Judgment Creditor's Attorney – at the address listed above
(Name and Address): _____
**PLEASE PUT THE CASE NUMBER (shown above) ON THE FRONT OF THE CHECK.**
CLERK OF THE COURT:  Jeffrey P. Colwell            By:  *s/S. Phillips, Deputy Clerk*
                     901 19th Street, Room A-105        Deputy Clerk
                     Denver, Colorado 80294-3589   Date: 4/4/2022

(303) 844-3433

## NOTICE TO GARNISHEE

a. This Writ applies to all nonexempt earnings owed or owing during the Effective Garnishment Period shown on Line 1a on the front of this Writ or until you have paid to the party, designated in paragraph "e" on the front of this Writ, the amount shown on Line 5 on the front of this Writ, whichever occurs first. However, if you have already been served with a Writ of Continuing Garnishment for Child Support, this new Writ is effective for the Effective Garnishment Period after any prior Writ terminates.
b. "EARNINGS" INCLUDES ALL FORMS OF COMPENSATION for personal services. Also read "Notice to Judgment Debtor" below.
c. In no case may you withhold any amount greater than the amount on Line 5 on the front of this Writ.

## QUESTIONS TO BE ANSWERED BY GARNISHEE

The following questions MUST be answered by you under oath:
a. On the date and time this Writ of Continuing Garnishment was served upon you, did you owe or do you anticipate owing any of the following to the Judgment debtor within the Effective Garnishment Period shown on Line 1a on the front of this Writ? (Mark appropriate box(es)):
   1. ☒ WAGES/SALARY/COMMISSIONS/BONUS/OTHER COMPENSATION FOR PERSONAL SERVICES (Earnings)
   2. ☒ Health, Accident or Disability Insurance Funds or Payments
   3. ☐ Pension or Retirement Benefits (for suites commenced prior to 5/1/91 ONLY - check front of Writ for date)
   If you marked any box above, indicate how the Judgment debtor is paid: ☐ weekly ☒ bi-weekly ☐ semi-monthly ☐ monthly ☐ other
   The Judgment Debtor will be paid on the following dates during the Effective Garnishment Period shown on Line 1a (front of this Writ):
   8/26/22, 9/9/22, 9/23/22
b. Are you under one or more of the following writs of garnishment? (Mark appropriate box(es)):
   4. ☐ Writ of Continuing Garnishment (Expected Termination Date: _____)
   5. ☐ Writ of Garnishment for Support (Expected Termination Date: _____)
c. If you marked Box 1 and you did NOT mark either Box 4 or 5, complete the Calculation below for the "First Pay Period" following receipt of this Writ. If you marked either Box 4 or 5, you must complete Calculations beginning with the first pay period following termination of the prior writ(s).
d. If you marked Box 2 or 3 and you did NOT mark either Box 4 or 5, complete the Calculation below for the "First Pay Period" following receipt of this Writ. If you marked either box 4 or 5, you must complete Calculations beginning with the first pay period following termination of the prior writ(s). However, there are a number of total exemptions, and you should seek legal advice about such exemptions. IF THE EARNINGS ARE TOTALLY EXEMPT, PLEASE MARK BOX 6 BELOW:
   ☐ THE EARNINGS ARE TOTALLY EXEMPT BECAUSE: _____

### CALCULATION OF THE AMOUNT OF EXEMPT EARNINGS (First Pay Period)

Gross Earnings for the First Pay Period from 6/26/22 thru 7/9/22 — $ 2323.43

Less Deductions Required by Law (For Example, Withholding Taxes, FICA) — $ 507.44

Disposable Earnings (Gross Earnings less Deductions) = $ 1815.99

Less Statutory Exemption (Use Exemption Chart Below)   *Based on previous pay date. Deductions to begin on 8/26/22 — $ 1452.80

Net Amount Subject to Garnishment = $ 363.19

Less Wage/Income Assignment(s) During Pay Period (If Any) — $ 0

AMOUNT TO BE WITHHELD AND PAID = $ 363.19

| EXEMPTION CHART | PAY PERIOD | AMOUNT EXEMPT IS GREATER OF | |
|---|---|---|---|
| | Weekly | 30 x Federal Minimum Hourly Wage ($154.50) or 75% of Disposable Earnings | Amounts is parentheses based upon Federal Minimum Hourly Wage of $5.15. |
| | Bi-weekly | 60 x Federal Minimum Hourly Wage ($309.00) or 75% of Disposable Earnings | |
| | Semi-monthly | 65 x Federal Minimum Hourly Wage ($334.75) or 75% of Disposable Earnings | |
| | Monthly | 130 x Federal Minimum Hourly Wage ($669.50) or 75% of Disposable Earnings | |

I affirm that I am authorized to act for the Garnishee, the above answers are true and correct, and I have delivered a copy of this Writ, together with the Calculation of the Amount of Exempt Earnings and a blank Objection to Calculation of the Amount of Exempt Earnings form to the Judgment Debtor at the time earnings were paid for the "First Pay Period" (if earnings were paid).

Subscribed under oath before me on _____

Notary Public or Deputy Clerk

My Commission Expires: _____

No Notary on site

Children's Hospital Colorado
13123 E. 16th Ave. Box 355
Aurora, CO 80045
Samantha Glakeler, Payroll Analyst
720-777-6156, 720-777-3450 (fax)

Name of Person Answering (Print)

Signature of Person Answering (Print)