# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-rj-00031

NATIONWIDE JUDGMENT RECOVERY, INC.,
As assignee of Matthew E. Orso,

    Plaintiff,

v.

JENNIFER HOSIER n/k/a JENNIFER DONATI,

    Defendant.

---

*NATIONWIDE JUDGMENT RECOVERY, INC.'s* **MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT's MOTION TO QUASH WRIT OF GARNISHMENT (DOCKET ENTRY 22)**

---

    COMES NOW the Plaintiff, Nationwide Judgment Recovery, Inc., ("NJR"), by and through its undersigned attorney, and files this Motion to Extend Time to File Response to Defendant Jennifer Hosier n/ka/ Jennifer Donati ("Defendant")'s Motion to Quash Writ of Garnishment and in support states as follows:

    1. This matter arises from a judgment entered against Defendant in the Western District of North Carolina [Docket Entry 1] relating to her role as a Net Winner under the user name "HOSIER9110" in a Ponzi scheme called ZeekRewards.

    2. On October 1, 2021 NJR recorded the judgment against Defendant in this court for enforcement purposes. [Docket Entry 1].

    3. On March 23, 2022 NJR sought a Writ of Continuing Garnishment ("the Writ") against Children's Hospital Colorado Anschutz Medical Campus ("Garnishee"), believed to be Defendant's employer. [Docket Entry 19].

4. On April 4, 2022 this Court entered the requested Writ of Continuing Garnishment against Garnishee [Docket Entry 20], which was then duly served on Garnishee.

5. On August 5, 2022 Garnishee filed an Answer to the Writ [Docket Entry 21], indicating that Defendant was in fact employed with Garnishee.

6. On September 14, 2022, Defendant filed a Motion to Quash the Writ ("the Motion") [Docket Entry 22], making various arguments for why the judgment was invalid but having its main basis in the argument that NJR had not followed the proper process in having the Writ issued.

7. On September 22, 2022 this Court directed NJR to respond to the Motion on or before September 30, 2022 [Docket Entry 25].

8. On September 30, 2022 undersigned counsel filed a Notice of Appearance as co-counsel in this matter [Docket Entry 26]. Undersigned counsel is now associated with the case because she has litigated challenges to other ZeekRewards judgments across the country and has been designated to handle the issues raised by Defendant relating to the validity of the Judgment.

9. Undersigned counsel is based in Jacksonville, Florida where the courts have been closed since Tuesday, September 27, 2022 due to the impending arrival of Hurricane Ian.

10. As a result of the hurricane and the effects thereof, including loss of power and internet access, undersigned counsel has been unable to complete the response to Defendant's Motion to Quash by today.

11. Based on these circumstances NJR respectfully requests a one week extension to file its response to the Motion to Quash, making it due on Friday, October 7, 2022.

12. Co-counsel for NJR attempted to contact counsel for Defendant on September 30, 2022 to request his consent to the extension but did not receive a response.

13. NJR submits that the requested extension is reasonable under the circumstances and the brevity of the requested extension minimizes prejudice, if any, to Defendant.

WHEREFORE Plaintiff, Nationwide Judgment Recovery, Inc., hereby requests that this Court grant this motion and extend the deadline for the filing of NJR's response to Defendant's Motion to Quash to Friday, October 7, 2022.

Respectfully submitted this 30th day of September, 2022.

**EMERY LAW, PLLC**

*/s/ Alison N. Emery*

_____
Alison N. Emery, Esquire
Counsel for Nationwide
Judgment Recovery, Inc.
Florida Bar No. 0621641
Emery Law, PLLC
5011 Gate Parkway
Building 100, Suite 100
Jacksonville, FL 32256
Telephone: 904-404-5800
E-mail: alison@emerylawjax.com
Secondary e-mail: tpreisick@cnbfin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, I electronically filed and served the foregoing **ENTRY OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFF, NATIONWIDE JUDGMENT RECOVERY, INC.** with the Clerk of the Court using the CM/ECF system with service to the following counsel of record: Daniel James Vedra, Esquire, at dan@vedralaw.com; Robert Clarence Newark, III, Esquire, at robert@newarkfirm.com.

*/s/ Alison Emery*

_____
Alison N. Emery